# Exhibit A to the Complaint

**Location:** Raleigh, NC  
**Total Works Infringed:** 24  
**IP Address:** 24.163.48.211  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 90045497F4FDB1D217729FD8F8894845546138F7 | 01/20/2025 15:26:59 | Blacked | 12/19/2024 | 01/15/2025 | PA0002509251 |
| 2 | 25C4212E0218F117C249259D1341FE876863CB22 | 01/20/2025 15:32:14 | Blacked Raw | 12/09/2024 | 12/13/2024 | PA0002506263 |
| 3 | 44CD9DC9EE885B6EABB77B521378285E964480C8 | 01/20/2025 15:26:59 | Blacked | 12/24/2024 | 01/15/2025 | PA0002509260 |
| 4 | F80B21BAB7EF4CC6CC237FAC5AF24B1AAA01806C | 01/20/2025 15:26:59 | Blacked | 01/03/2025 | 01/15/2025 | PA0002509288 |
| 5 | DC6B3305708DCFC6E7D5FEB6E15B9504DFB25D1A | 01/20/2025 15:26:59 | Blacked | 12/29/2024 | 01/15/2025 | PA0002509287 |
| 6 | C61EFC5872DD3D71500FB827175488924F650ECA | 05/29/2024 18:09:04 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 7 | 5A04C97AA8CDEC988D032438D0DF8BE79ED951EE | 05/17/2024 10:34:47 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 8 | 63B350806901FEC8C05022D0B4FFACF9BB9171C5 | 01/28/2024 06:30:01 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 9 | 7C931866D1BF415F9F54DAFDBA165B3485DEA513 | 08/17/2023 07:17:13 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 10 | 0DF1373C93DA975A7D024971056E529803819C53 | 08/17/2023 06:56:46 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 11 | 9F1EEEDA46215D266BA0F85E49A626DD430DBFB3 | 01/23/2023 12:39:21 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 12 | 4FFB31D4E624E3E87ABAACE77FF3E6AB26C24A4A | 01/23/2023 12:33:24 | Blacked | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 13 | 062E6FA933060124EDCDBF58870548D574ACCB12 | 11/03/2022 22:27:55 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 14 | 243DB3CF825E922320C841D5FAB07B22F69A12FE | 11/03/2022 22:27:24 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 15 | 81F4AC17DA840F9822A99447A1E54117266A22D2 | 11/03/2022 22:26:56 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 16 | 67FF1ED43EBABB8C2E1988958BCE5C579BCFC8FB | 11/03/2022 22:26:55 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | CDA7B068D4CE03FE21EABEA1AE2573712B4C0C1E | 11/03/2022 22:26:53 | Blacked Raw | 01/18/2021 | 02/09/2021 | PA0002276148 |
| 18 | 78B80AEAC0AA822F07D4ECAAA80B6182FF8B757B | 11/03/2022 22:26:53 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 19 | CCC7C0E60856B109B883444FCAAD4FC4993266CC | 11/03/2022 22:26:52 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 20 | 5C4D9C3F075C5E5DF506CAA360A60DED169ED4B3 | 11/03/2022 22:26:52 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 21 | 630B75D715EBBC6849DB5AAAA94F0AB40197AD35 | 11/03/2022 22:26:51 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 22 | F0DB5D63EF749CCB428DD013374186E59962F4C5 | 11/03/2022 22:26:50 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 23 | DAD0BCE241AB78A3D59AFC39E6D29C638458BC10 | 10/27/2022 18:45:49 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 24 | E050F69B9832191BB0CF60C3E4C4C048F5DA34A6 | 10/27/2022 18:45:07 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |